18-2012 CM/JPO

**Toni Donahue on behalf of herself
and Minor Child, DCD**
Petitioner

v

**Kansas Board of Education;
Elena Lincoln,** Individually and as Appeal Officer;
**Mark Ward,** Individually and as Officer of Agency;
**Lloyd Swartz,** Individually and as Due Process
Hearing Officer;
**Scott Gordon,** Individually and as Officer of Agency;
**Randy Watson,** Commissioner of Education
Respondents

FILED
JAN 0 9 2018
TIMOTHY M. O'BRIEN CLERK
By_____Deputy

## Petition for Administrative Review

Toni R. Donahue, and on behalf of her minor child, DCD, hereby petition the court for review of the Order of the Due Process hearing including arguments and the officer's decision on entered on December 14, 2017 and with emphasis on the subsequent appeal proceeding including arguments, and the officer's decision to dismiss on January 2, 2018 for case number **18DP233-001**, in its entirety.

**Ms. Donahue is filing this civil action pursuant to 34 C.F.R. 300.516 and 5 U.S. Code § 702, 5 U.S. Code section 7 in its entirety, with regards to 42 U.S. Code § 1983 and 1985.** A brief will be submitted forthwith in accordance with D. Kan. Rule 7.6

Ms. Donahue is also asking for a preliminary injunction to halt any current or future action against herself and minor child by the Kansas State Department of Education, any officer of the agency, and/or the Commissioner of Education, and Olathe School District USD #233 until the review has ran its course. The parties involved have historically taken aggressive action to prevent this case from proceeding, including **unsuccessfully** attempting to remove DCD from the home by misusing other state agencies for this purpose, interfering with legal proceedings by providing the opposition with legal advisement to allege harassment against Ms. Donahue, and filing action for legal fees. Ms. Donahue expects more unlawful action as past behavior is the best predictor future behavior. As this case proceeds, safety for DCD is Ms. Donahue's priority and is asking the review officer to help protect and preserve the Donahue family.

*Toni Donahue*
1/9/18

Toni R. Donahue acting Pro Se

322 S. Broadway Street

Fort Scott, Kansas, 66701